UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 2477**

_Dennis Watkins_
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_The People of the State of New York_
_Assistant District Attorney John Chananie_
_Judge Patricia Nuñez_
_Judge Thomas Farber_
_Police Officer Joseph Matterazzo_
_Attorney Glenn Hardy_
_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes  ☐ No
(check one)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Dennis Watkins_
ID # _12A3635_
Current Institution _Clinton Correctional Facility_
Address _P.O. Box 2001_
_Dannemora, NY 12929_

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _John Chananie_   Shield # _A.D.A._
Where Currently Employed _New York District Attorney's Office_
Address _1 Hogan Place_
_New York, NY 10013_

Rev. 05/2010          1

PRO SE OFFICE RECEIVED APR 11 2013

Defendant No. 2   Name PATRICIA NUNEZ   JUDGE
Where Currently Employed SUPREME COURT PART 92
Address 100 CENTRE STREET
NEW YORK, NY 10013

Defendant No. 3   Name THOMAS FARBER   JUDGE
Where Currently Employed SUPREME COURT PART 52
Address 111 CENTRE STREET
NEW YORK, NY 10013

Defendant No. 4   Name JOSEPH MATTARAZZO   POLICE OFFICER
Where Currently Employed TRANSIT POLICE
Address UNKNOWN (LISTED)
NEW YORK, NY

Defendant No. 5   Name GLENN HARDY   ATTORNEY
Where Currently Employed PRIVATE PRACTICE
Address 1901 3RD AVENUE
NEW YORK, NY 10128

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
THE MALICIOUS PROSECUTION OCCURRED AT : 111 CENTRE STREET, PART 1234 OF THE SUPREME COURT, NY, NY 10013

B.   Where in the institution did the events giving rise to your claim(s) occur?
111 CENTER STREET SUPREME COURT OF NEW YORK, NY 10013 PART 52 AND PART 1234
WHEN DEALING WITH THE MALICIOUS PROSECUTION PART OF THIS CASE

C.   What date and approximate time did the events giving rise to your claim(s) occur?
AROUND ANYWHERE FROM SEPT OF 2010 TO JUNE OF 2012
WHEN DEALING WITH THE MALICIOUS PROSECUTION PART OF THIS CASE.

Rev. 05/2010                               2

D. Facts: *What happened to you?* I WAS BEATEN AND ARRESTED FOR HAVING A SEIZURE WHICH RESULTED IN THE "MALICIOUS PROSECUTION" WHICH RESULTED IN AN ILLEGAL AND WRONGFUL IMPRISONMENT, WHERE I WAS AGAIN BEATEN AND RENDERED WITH PERMINANT KNECK AND BACK INJURIES AS WELL AS LOSING MY HOME OF OVER 20 YEARS AND ALL OF MY WORLDLY BELONGINGS DUE TO MY LEGALLY RECOGNIZED DISABILITY OF EPILEPSY.

*Who did what?* OFFICER MATARAZZO BEAT ME UP AND LIED ABOUT INJURY TO PROTECT HIMSELF SINCE HE DID NOT HAVE THE PROPER TRAINING TO RECOGNIZE A PSYCHOMOTOR OR AURA SEIZURE. JUDGE FARBER AND JUDGE NUNEZ BOTH DISCRIMINATED AGAINST MY CONDITION AND REFUSED ME A MEDICAL DEFENSE, (REFUSED EXPERT WITNESS OR RECOGNITION OF CONDITION) JOHN CHANANIE MALICIOUSLY PROSECUTED ME AND BROUGHT IN FRAUDULANT EVIDENCE, TAMPERED WITH JURY,

*Was anyone else involved?* JOHN CHANANIE ALSO BROUGHT IN ANOTHER A.D.A. FROM HIS OFFICE NAMED RUBENS WHO PERJURED HERSELF ON THE STAND, AND MY ATTORNEY GLENN HARDY HAD TO BE REPORTED ON BY THE POLICE FOR THREATS OF PHYSICAL INJURY TO ME AND FOR SCARING MY STAR WITNESS Dr. ANNE KLEINMAN OF WHICH HE ATTEMPTED TO DISCOURAGE FROM TESTIFYING AT TRIAL; HE CUT A DEAL WITH A.D.A. TO TRADE ME LIKE A BASEBALL CARD TO GET OFF ANOTHER CLIENT OF HIS.

*Who else saw what happened?* I OVERHEARD A DISCUSSION BETWEEN THEM, AND THEY TOGETHER CONSPIRED AGAINST ME FOR OVER A YEAR IN WHICH I WAS NOT ALLOWED AT HEARINGS SUCH AS SANDOVAL, TO THE POINT I HAD TO FIRE MR. GLENN HARDY. ALSO A POLICE REPORT WAS FILED FOR HIS THREATS TO ME.

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. THE (1ST) INJURIES WHERE SLIGHT SWELLINESS TO MY HEAD AND LACERATIONS. SINCE I WAS WRONGFULLY IMPRISONED BY THE MALICIOUS PROSECUTION, I WAS THEN SENT TO THE MANHATTAN DETENTION CENTER AT 125 WHITE STREET NEW YORK CITY 10013, WHERE OFFICERS BEAT ME WHERE I FELL INJURING MY KNECK AND BACK. I WAS TAKEN TO BELLEVUE HOSPITAL WHERE I WORE A KNECK BRACE FOR MONTHS AND USED CRUTCHES FOR MONTHS. I AM STILL ALWAYS IN PAIN AND CANNOT DO THE NORMAL ACTIVITIES I USED TO BE ABLE TO DO. I ALSO HAVE LOST MY APARTMENT AND ALL WORLDLY POSSESSIONS DO TO MALICIOUS PROSECUTION.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ☐  No ✓

Dennis Watkins Din#12A3635
Clinton Correctional Facility
Dannemora, NY 12929

"MONETARY CLAIM FOR"

MALICIOUS PROSECUTION

Dennis Watkins
Indictment #'s 3991-2010
5135-2011
Clinton Correctional Facility
DIN#12A3635

With All Due Respect,

I Dennis Watkins am making a claim against The People of the State of New York for discrimination against myself, a legally proclaimed disabled person who has been suffering from epilepsy since 1967. I have been prosecuted and put in jail because an event occurred during the throes of a psychomotor and or fura seizure, which was not only mishandled by Police Officer Joseph Mattarazzo, it also was judicially mishandled by Assistant District Attorney John Chananie of 1 Hogan Place NYC 10013, and Judge Patricia Nuñez of 100 Center Street NYC 10013, as well as Judge Thomas Farber of 111 Center Street Part 52 NYC 10013, and my attorney at the time Mr. Glenn Hardy of Hoppauge NY.

All of the above discriminated against my medical evidence and proof of my ongoing seizure history, which according to the law; I cannot be held responsible for behavior during a postictal state or throes of a seizure.

The Congressional House of Representatives Judiciary Committee during hearings on the Americans with Disabilities Act (ADA) stated in its final report that "In order to comply with the non-discrimination mandate, it is often necessary to provide training to public employees about disability." It goes further in stating, "for example, persons who have epilepsy, and a variety of other disabilities, are frequently inappropriately arrested and jailed because police officers have not received proper training in the recognition of and aid for seizures." Such discriminatory treatment based on disability can be avoided by proper training.

# THE MALICIOUS PROSECUTION

FIRSTLY, THE ARRESTING OFFICER MATTARAZZO AT THE TIME HAD LESS THAN A YEAR ON THE FORCE AND HIS PARTNER OFFICER CASTILLO STATED ON THE RECORD THAT I WAS HER FIRST SEIZURE PATIENT EVER AT TRIAL. OFFICER MATTARAZZO EXAGERATED HIS INJURIES AS HIS MEDICAL RECORDS FROM THE HOSPITAL WE VISITED RIGHT AFTER THE EVENT PROVED NO INJURY AT ALL. INSTEAD, OFFICER MATTARAZZO LIED MORE ABOUT HIS ALLEGED INJURIES SO THAT HE COULD ENJOY DAYS OFF FROM WORK WITH PAY AND GET MOVED TO A PRECINCT CLOSER TO HIS HOME IN STATEN ISLAND. THE EVENT HAPPENED IN MANHATTAN.

THE ASSISTANT DISTRICT ATTORNEY JOHN CHANANIE WENT FURTHER TO DISPROVE MY EXISTING CONDITION BY HAVING ANOTHER ASSISTANT DISTRICT ATTORNEY FROM HIS OFFICE A.D.A. RUBENS COME IN AND PERJURE HERSELF ON THE STAND AT TRIAL IN REGARDS TO MY (2ND) SEIZURE WHICH OCCURRED THE FOLLOWING MORNING AT ARRAIGNMENT. A.D.A. CHANANIE ALSO USED FREUDULANT STATEMENTS MADE BY POLICE AT TRIAL IN A PLIGHT TO DISCREDIT MY CONDITION. (MORE DISCRIMINATION) NONE OF THIS WAS LEGALLY ADMISSABLE IN COURT PROCEEDINGS UNLESS I MADE SUCH STATEMENTS ON THE RECORD, OR HAD WRITTEN IN MYSELF, OR SIGNED A STATEMENT FORM. HAVING A.D.A. RUBENS COME IN AS A WITNESS SHOULD HAVE BEEN DISQUALIFIED; IT WOULD SEEM BOTH THE A.D.A. AND BOTH JUDGES WERE ADAMENT IN DISCRIMINATING AGAINST MY DISABILITY.

IN YET ANOTHER ATTEMPT TO DISCREDIT MY CONDITION AND DISCRIMINATE AGAINST MY DISABILITY, A.D.A. JOHN CHANANIE BROUGHT IN OFFICER RAMOS (1½ YEARS LATER) WHO STATED HE HAD SUFFERED A BROKEN WRIST WHILE IN BELLEVUE HOSPITAL FROM ME JUMPING UP OFF OF A GURNEY WHILE I WAS HANDCUFFED AND LEGCUFFED TO A GURNEY. OFFICER RAMOS WAS NOT TREATED IN BELLEVUE HOSPITAL FOR HIS BROKEN BONE, IN FACT I HAVE YET TO SEE A MEDICAL RECORD OF HIS. ANOTHER DISCRIMINATIVE ACT BY THESE CONSPIRATORS WHO REFUSED TO RECOGNIZE MY VERY REAL AND EXISTING DISABILITY.

BOTH, JUDGE THOMAS FARBER, AND JUDGE PATRICIA NUÑEZ DISCRIMINATED AGAINST MY DISABILITY AND WOULD NOT ALLOW IN ADEQUATE PROOF OF MY ONGOING CONDITION AS A DEFENSE. MY ATTORNEY AT THE TIME GLENN HARDY OF HAPPAUGE NY WENT AS FAR AS TO CALL UP MY NEUROLOGIST DR. ANNE KLEINMAN AND THREATEN HER IN A PLIGHT TO DISCOURAGE HER FROM COMING IN TO TESTIFY TO MY CONDITION WHICH SHE HAD BEEN TREATING. ATTORNEY GLENN HARDY HAD FRIGHTENED HER, AS TOLD TO ME BY DR. KLEINMAN. MY DOCTOR KLEINMAN TOLD ME THAT HE DID NOT HAVE MY BEST INTEREST AT HEART. I BELIEVE HER BECAUSE WHEN I SPOKE OF MY CONDITION TO GLENN HARDY HE RIGHT AWAY DISCRIMINATED AGAINST IT, CALLING ME STUPID, AND URGING ME TO TAKE A PLEA. ON OCCASION MR. HARDY WOULD BECOME FRUSTRATED SINCE I WOULD NOT PLEA OUT AND RAISED HIS HAND IN A SLAPPING GESTURE. MR. HARDY LIVED (2) BLOCKS FROM MY HOME AND IN PASSING WOULD MAKE THREATS OF MY DAYS BEING NUMBERED, HE FRIGHTENED ME ALSO; ALL 6 FOOT 2 INCHES OF HIM. IT GOT TO THE POINT WHERE HIS DISCRIMINATIVE BEHAVIOR WAS TURNING VIOLENT SO I HAD TO MAKE A POLICE REPORT AGAINST GLENN HARDY AND FIRE HIM FROM BEING MY ATTORNEY.

JUDGE THOMAS FARBER OF THE CALENDAR COURT THREATENED TO THROW ME IN JAIL WHEN I SHOWED HIM THE POLICE REPORT. I MENTIONED TO JUDGE FARBER THAT IF HE WILL NOT RECOGNIZE MY DISABILITY, THEN MY CASE SHOULD BE TURNED OVER TO DISABILITY COURT PART 85 AT 111 CENTER STREET IN THE SAME BUILDING. JUDGE FARBER REFUSED. JUDGE FARBER HURRIED ME TO TRIAL BECAUSE I TOLD HIM MY DOCTOR ANNE KLEINMAN WAS ON VACATION AND I NEEDED TO ADJOURN. HE REFUSED TO DO SO AND CALENDARED THE TRIAL FOR THE NEXT WEEK, AGAIN PREJUDICING AND DISCRIMINATING AGAINST MY DISABILITY AND NOT ALLOWING ME A MEDICAL DEFENSE. SINCE MY DOCTOR COULD NOT ATTEND I REQUESTED AN EXPERT WITNESS WHICH HE ALSO DENIED. HE DILIGENTLY DISCRIMINATED AGAINST MY DISABILITY AND BROKE PROCEDURAL LAW WHEN DEALING WITH CASES INVOLVING PEOPLE WITH THE DISABILITY OF EPILEPSY.