NOTICE: Judge Nunez violated 5th Ammendment protection against Double Jeopardy where she stated on the previous page "The prior trial resulted in a mistrial when the jury was unable to agree on a verdict." Yet she tried me on the very same charges at her trial, and I told Judge Farber of Calendar Court it was Double Jeopardy which he also chose not to recognize.

It would seem that State Court rewrites the Constitution as they go and at will. She mentions Sandoval issues; I made police reports against my attorney for his abusive behavior where he strong armed me and literally would not allow me to attend my Sandoval Hearing.

Judge Farber sat there and watched the circus and did nothing to protect my rights to go to Sandoval, which most certainly is grounds for reversal even if I had not objected, which I adamantly argued with Mr Hardy for the right to attend.

The State Courts today are creating a Byzantine morass of arbitrary, unnecessary, and unjustifiable impediments to the vindication of Federal Rights. They are blatantly violating constitutional rights since they wish not to own up for their own mistakes.

Also a complaint against arresting officer Joseph Mattarazzo was filed at CCRB (Police Complaint) An investigating officer named Mrs. Rodriguez wasted my time for (2) years. When it came time for her to testify at court she closed my file and refused to answer anymore of my calls. (Blue Wall of Silence) and (Operation Miscommunication) are the two entities that helped to expedite this malicious prosecution.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). MANHATTAN DETENTION CENTER AT 125 WHITE STREET, NEW YORK, NY 10013

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

Yes ✓   No ___   Do Not Know ___

If YES, which claim(s)? JUST THE CLAIMS OF INJURY DONE BY CORRECTIONAL OFFICERS. MY LOSSES OF APARTMENT AND WORLDLY POSSESSIONS ARE NOT COMPENSABLE HERE.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? I PUT THE GRIEVANCE IN A GRIEVANCE BOX BY OFFICERS BOOTH

1. Which claim(s) in this complaint did you grieve? THE ASSAULT OF THE CORRECTIONAL OFFICERS

2. What was the result, if any? NOTHING, ABSOLUTELY NOTHING.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. SINCE THEN I HAVE BEEN MOVED FROM THAT FACILITY. I HAD STARTED A CLAIM WHICH I NEVER COMPLETED AS FOR THE PAST 7 MONTHS I HAVE BEEN ATTEMPTING TO EXHAUST GRIEVANCE REMEDIES TO NO AVAIL. ABSOLUTELY NO RESPONSE FROM ALBANY OR ANY PLACE ELSE.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: GRIEVANCE WAS FILED

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010               4

when and how, and their response, if any: I WROTE TO THE COMMISSIONER OF D.O.C. MR. BRIAN FISHER, DEPARTMENT OF CORRECTIONS, I SPOKE TO WARDEN COLON OF MANHATTAN DETENTION CENTER, I HAVE GIVEN WRITTEN TO MR. THOMAS LAVALLEY THE SUPERINTENDANT OF MY RESIDING JAIL AS OF NOW. I TOLD HIM OF MY INJURIES AND CONSTANT PAIN, NOT TO MENTION I TOLD HIM OF MY MALICIOUS PROSECUTION AND HOW I DO NOT BELONG HERE.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I HAD MADE A STATE HABEAUS CORPUS AS WELL AS A FEDERAL HABEAUS CORPUS BECAUSE OF THE MALICIOUS PROSECUTION AND WRONGFUL IMPRISONMENT AS WELL AS DISCRIMINATION AGAINST A DISABLED PERSON. I HAVE SPOKEN TO THE MAYORS OFFICE FOR AMERICANS WITH DISABILITIES ACT (ADA). I HAVE SPOKEN WITH THE MEDICAL STAFF HERE ABOUT MY PAIN, THEY ARE OF NO HELP AND REALLY DO NOT CARE ABOUT THE WELFARE OF INMATES.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies. THERE IS NOTHING TO SHOW, YOU WRITE A LETTER OF FILL OUT A SLIP. FROM NONE OF THE ABOVE HAVE I RECEIVED A RESPONSE.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). FOR MALICIOUS PROSECUTION WHICH PUT ME IN A SITUATION TO BECOME PERMINANTLY PHYSICALLY INJURED IN PARTS OF MY KNEE AND BACK AS WELL AS THE LOSS OF MY APARTMENT WHICH WAS MY SAFETY NET FOR MY CONDITION SINCE I LIVED THERE FOR OVER 20 YEARS, AND THE LOSS OF ALL OF MY WORDLY POSSESSIONS, I AM MAKING A CLAIM FOR THE AMMOUNT OF $2.5 MILLION DOLLARS AS WELL AS AN ADDITIONAL $300 DOLLARS DAILY FOR EVERY DAY I HAVE SPENT IN JAIL AND ANY CONTINUING DAYS I SPEND IN JAIL. I WAS MALICIOUSLY PROSECUTED AS WELL AS DISCRIMINATED AGAINST DUE TO MY RECOGNIZED DISABILITY OF EPILEPSY. I AM RECOGNIZED AS BEING DISABLED BY THE SOCIAL SECURITY ADMINISTRATION WHO GIVES ME AN SSI CHECK MONTHLY SINCE I CANNOT WORK WITH MY CONDITION AS WELL AS DOCTORS, HOSPITALS AND THE CONGRESSIONAL HOUSE OF REPRESENTATIVES JUDICIAL COMMITTEE WHO HAVE PUT MANDATES AGAINST THE DISCRIMINATION OF DISABLED FOR PEOPLE ESPECIALLY WITH MY CONDITION. ENCLOSED IS A PAMPHLET FROM EPILEPSY FOUNDATION READ THE MANDATE PARTS ENFORCED BY CONGRESS FOR (ADA) AMERICANS WITH DISABILITIES ACT

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit: (PREVIOUS LAWSUIT ON THE NEXT PAGE)

Plaintiff DENNIS WATKINS

Defendants CAPT. MERCHIST SH/CJD# 46, PHYSICIAN ASS. MATEO, C.O DAVIS SH/CJD# 0148, CAPT KURTH SH/CJD# 97, C.O. THOMPSON SH/CJD# 17852

2. Court (if federal court, name the district; if state court, name the county) SOUTHERN DISTRICT COURT

3. Docket or Index number 12 CV 06116 (LAP)

4. Name of Judge assigned to your case LORETTA A PRESKA

5. Approximate date of filing lawsuit 8/7/2012

6. Is the case still pending? Yes ___ No ✓

If NO, give the approximate date of disposition IT WAS NOT COMPLETED DUE TO EXHAUST OF REMEDYS.

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) I HAD TO STOP THE CASE WHILE I EXHAUSTED REMEDIES WHICH HAVE LEFT ME WITH ZERO RESULTS. I WISH TO GO FORWARD AT THIS TIME WITH BOTH CASES

C. [On other claims] Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ___ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

*INCOMPLETED CLAIM UNTIL NOW*

30/60, ECF, PRO-SE, PRO-SE-REVIEW, PSA-Giovanni

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:12-cv-06116-LAP

Watkins v. Department of Corrections et al
Assigned to: Judge Loretta A. Preska
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/07/2012
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Dennis Watkins**

represented by **Dennis Watkins**
3601200175
MDC
125 White Street
New York, NY 10013
PRO SE

*Address Update*

V.

**Defendant**

**Department of Corrections**

*Incompleted Claim*

*Waited to exhaust remedies before continuing*

**Defendant**

**Captain Merchese**
*Shield # 46*

**Defendant**

**Physicians Assitant Mateo**

**Defendant**

**C.O. Davis**
*Shield # 10648*

**Defendant**

**Captain Kurtaj**
*Shield # 497*

**Defendant**

**Thompson**
*Shield # 17852*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 08/07/2012 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Dennis Watkins.(jfe) (Entered: 08/17/2012) |
| 08/07/2012 | 2 | COMPLAINT against Davis, Department of Corrections, Kurtaj, Mateo, Merchese, Thompson. Document filed by Dennis Watkins.(jfe) (Entered: 08/17/2012) |
| 08/07/2012 | | Case Designated ECF. (jfe) (Entered: 08/17/2012) |
| 08/24/2012 | 3 | ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION & PRISONER AUTHORIZATION: Plaintiff is directed to render payment of the filing fee or submit an IFP application & Prisoner Authorization to this Court's *Pro Se* Office within thirty (30) days of the date of this Order. The Clerk of Court is directed to assign this matter to my docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Filing Fee due by 9/24/2012. In Forma Pauperis (IFP) Application due by 9/24/2012. Prisoner Authorization Form due by 9/24/2012. (Signed by Judge Loretta A. Preska on August 24, 2012) (Attachments: # 1 IFP Application, # 2 Prisoner Authorization)(jjg) (Entered: 08/24/2012) |
| 08/24/2012 | | NOTICE OF CASE ASSIGNMENT - SUA SPONTE to Judge Loretta A. Preska. Judge Unassigned is no longer assigned to the case. (jjg) (Entered: 08/24/2012) |
| 08/27/2012 | | Request for Copies/Transcripts/Docket Sheet Mailed: Request for Docket Sheet from Dennis Watkins mailed on 8/27/12. (sac) (Entered: 08/27/2012) |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7 day of APRIL, 2013.

Signature of Plaintiff _____

Inmate Number  12A3635

Institution Address  Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 7 day of APRIL, 2013, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff _____