RECEIVED

MAY 3 1 2013

LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Dennis Watkins_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_City of New York_

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☐ Yes    ☐ No

(check one)

13 Civ. _2477_ _(LAP)_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: _6/26/2013_

I.    **Parties in this complaint:**

List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff's    Name _Dennis Watkins_
              ID# _12A3635_
              Current Institution _Clinton Correctional Facility_
              Address _P.O. Box 2001_
              _Dannemora NY 12929_

B.    List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _John Chananie_    Shield # _Asst. Dis. Atny_
                   Where Currently Employed _District Atny Off of the City of New York_
                   Address _1 Hogan Place_
                   _New York, NY 10013 (New York City)_

SDNY PRO SE OFFICE RECEIVED    2013 JUN 21 A 11:08

# THE HECK RULE

HECK V. HUMPHREY, 512 U.S. 477 (1994) IS APPLIED AS MY APPEAL
WAS CALENDARED FOR APRIL 25, 2013 AND THE DECISION IS IN. I AM
SURE IT WAS REVERSED AND IN THAT BEING SO MY CLAIM
SHOULD STAND "THE HECK RULE" IS APPLIED TO MY CASE.
DENNIS WATKINS V. THE CITY OF NEW YORK # 13 CIV 2477

Defendant No. 2    Name _~~POLICE OFF. JOSEPH MATTARAZZO~~_    Shield # ~~_____~~

TAX REGISTRY # 948 243

Where Currently Employed _THE CITY OF NEW YORK ~~TRANSIT POLICE~~_

Address _NEW YORK CITY POLICE DEPT._

_NEW YORK CITY ____ 1 IND COMMAND_

Defendant No. 3    Name _JUDGE THOMAS FARBER_    Shield # _JUDGE_

Where Currently Employed _THE CITY OF NEW YORK SUPREME COURT_

Address _111 CENTRE STREET PART 53 7TH FLOOR_

_NEW YORK CITY 10013_

Defendant No. 4    Name _JUDGE PATRICIA NÚÑEZ_    Shield # _JUDGE_

Where Currently Employed _THE CITY OF NEW YORK SUPREME COURT_

Address _100 CENTRE STREET PART 90_

_NEW YORK CITY 10013_

Defendant No. 5    Name _MR. GLENN HARDY_    Shield # _ATTORNEY_

Where Currently Employed _CITY OF NEW YORK ATTORNEY_

Address _1901 EAST 90TH STREET_

_NYC 10128_

> **Who did what?**

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

_IN NEW YORK CITY SUPREME COURTS_

B.    Where in the institution did the events giving rise to your claim(s) occur?

_111 CENTRE ST, NYC 10013 IN PART 53 - 7TH FLOOR & PART 1234 - 12TH FLOOR_

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_THIS TIME SPAN IS APPROXIMATELY FROM ~~JULY OF~~ 2010 TO JULY OF 2013_

D.    Facts: _I WAS DISCRIMINATED AGAINST FOR MY DISABILITY, I WAS BEATEN FOR MY DISABILITY, I WAS SLANDERED AND LIED ON, I WAS CONSPIRED AGAINST, I WAS MALICIOUSLY PROSECUTED_

> **What happened to you?**

_MALICIOUS PROSECUTION 8_

JOHN CHAVANNE A.D.A. COMMENCED AND CONTINUED A CRIMINAL PROCEEDING AGAINST ME AFTER A MISTRIAL HAD BEEN ENTERED WITH JUDGE PICHOLZ AT THE (1ST) TRIAL. IT WAS IN MY FAVOR BECAUSE OF THE 5TH AMMENDMENT DOUBLE JEOPARDY PROTECTION CLAUSE; WHICH STATES THAT NO MAN WILL BE TRIED TWICE FOR THE SAME CHARGES. THE FACT THAT JUDGE FARBER REFUSED TO RECOGNIZE IT WHEN I BROUGHT IT UP AND ARGUED ONLY GOES TO PROVE THE CONSPIRACY CLAIM, AS IT WAS JUDGE FARBER WHO WAS ANGRY WITH ME FOR MAKING A POLICE REPORT AGAINST MY LIAR LAWYER GLENN HARDY FOR THREATS OF PHYSICAL ABUSE. JUDGE FARBER WAS ALSO PRESENT WHEN I CALLED JOHN CHAVANIE A CLOWN AND LAUGHABLE. JUDGE FARBER WAS NOT HAPPY TO HEAR OF A MISTRIAL AND YOU COULD SEE THE DISMAY IN THE JUDGES FACE WHEN WE ENTERED HIS COURT ROOM AFTER THE MISTRIAL HAD BEEN PRONOUNCED.

THERE WAS NO PROBABLE RIGHT TO TRY ME ON THE VERY SAME CHARGES AGAIN AS I EXPLAINED TO JUDGE FARBER THAT IT WAS DOUBLE JEOPARDY. PROBABLE CAUSE WENT OUT THE WINDOW WITH THE MISTRIAL. JUDGE FARBER THEN SAID IT WAS NOT DOUBLE JEOPARDY, ALTHOUGH JUDGE NUNEZ EXPLAINS IT QUITE CLEARLY IN EXHIBIT (A) WHERE I HAVE JUDGE NUNEZ' STATEMENT UNDERLINED QUOTING "THE CASE RESULTED IN A MISTRIAL WHEN THE JURY WAS UNABLE TO AGREE ON A VERDICT." THE MISTRIAL WAS NOT CONSEQUENT TO ANYTHING I DID OR SAID ON MY BEHALF. IT WAS JUDICIALLY SOUND FOR JUDGE PICHOLZ MENS REA AND PROCLAIM A MISTRIAL. THUS ANYTHING AFTER THAT WOULD BE DOUBLE JEOPARDY AND IN MY FAVOR FOR DISMISSAL. THE FACT THAT A.D.A. CHAVANIE IN KNOWING THIS WENT ON AND TRIED ME AGAIN WITH THE SAME CHARGES AND JUDGE FARBER ALLOWING IT MOST CERTAINLY CONSTITUTES MALICIOUS PROSECUTION.

EXHIBIT (A) ALSO PROVES INSUFFICIENT EVIDENCE WHERE JUDGE NUNEZ QUOTES "THE PEOPLE FAILED TO SUBMIT MEDICAL RECORDS FOR ONE OF THE COMPLAINTANTS.

As I said Exhibit (A) also proves insufficient evidence where Judge Núñez quotes "The people failed to submit medical records for (1) of the complainants I was convicted of (2 charges of Assault (2nd Degree) and without medical records you cannot prove injury, which is an element needed to constitute an Assault (2nd Degree); especially since both complainants walked into court with no evident or obvious injury. As to the (1st) complainant, enclosed is his medical report which is also insufficient to constitute Assault (2nd Degree); Yet I was convicted for (2) charges of Assault (2nd Degree) without any proof of injury. Another element of Assault (2nd Degree) is intent to cause serious physical injury, or intent to interfere with a Police Officer performing his lawful duty. None of this was ever proven. Is that not strange "Your Grace". It's conspirative.

Conspiracy:

Conspiracy is written all over this case Chief Preska.

1) I caught my Attorney Glenn Hardy trying to make a deal with a D.A. Champagne to trade me like a baseball card with Attorney Glenn Hardy asking Champagne "What it was worth to him if he gave Watkins (me) over to him.

2) My Attorney Glenn Hardy called my doctor Anne Kleinman (Neurologist) up to try to discourage her from coming in to testify on my behalf and my condition.

3) Glenn Hardy also barred me from going to my Sandoval Hearing purposely after a heated argument in front of Judge Farber, who showed no discretion and did nothing to protect my rights to go to my Sandoval Hearing. It is my right to go in assisting with procuring my past history and would allow me to know what would be allowed in on the record leaving me afraid of taking the stand. (Purposely I add). It is also ground for an Automatic Reversal.

4) Judge Farber got angry and threatened to throw me in jail for having to make a police report against my attorney Glenn Hardy for threats of physical harm to me; he also intimidated my doctor (not my words; Dr. Anne Kleinman told me this herself and added he did not have his best wishes for me).

5) Because Judge Farber was angry with me, and the unexpected result of a mistrial, Judge Farber refused to recognize the 5th Amendment Double Jeopardy Rule as he conspired to get me with Chananie.

6) Judge Farber continued conspiring by not allowing my doctor ample time to make it to trial and moving the calendar up to (1 week). He also refused me an expert witness knowing my defense was a medical one. In this he violated CPL 40.15 and my right to present a defense. It was all of their plights to topple my case; incidentally Judge Farber was present when I called John Chananie a clown and said that he was laughable. This fact that they did not like me gave them no reason to conspire against me and maliciously prosecute me. Granted I was cocky and pissed, since this officer lied on me and stole my property; it still was an unjust proceeding and conspiracy and malice were the elements.

7) They then recruited Judge Nunez who disliked me immediately, probably due to the rederic going on around the courthouse. Did I tell you that 10 District Attorneys showed up to Judge Pickolz court room on the day of the mistrial? I can imagine Chananey was the talk around the watercooler. Judge Nunez then became part of the conspiracy also violating CPL 40.15 and would not allow my doctor a chance to appear and refused me an expert witness. Take a look at Exhibit (B) where Judge Nunez quotes "There was no reason to believe that said witness would be available or had relevant testimony. Really?!!!

I say Remedy "your Graces", to a medical case a doctor or expert witness would not offer relevancy of my conditions?

Judge Núñez states she allowed in my evidence which is a lie; I was not allowed to speak about any of the medical reports I brought in as she quoted "I am not an expert" (This is so conspicuously conspiratol Its as obvious as an ant eater).

8) A.D.A. Chananie brought in a flunky from his office to get on the stand and lie about arraignments, her name was A.D.A. Rubens, I feel sorry for her; she felt the need to gain points with this deviant who used her for his own embarrassed interest; imagine me not a lawyer, and he could not convict. He (Chananie) then stooped to an all time low of tampering with the Jury making derogatory statements of my past history and Judge Núñez in on the deal won't mistrial (conspiracy). Rubens (ADA) lied about completing arraignment; a lie which is why I was rearraigned (3) days later.

Judge Núñez brought in an attorney who wanted to offer me (B) years in Jail; at that point I trusted no one. Judge Núñez became angry and gave me 5yrs and 5yrs post; Because I did not want your lawyer. Judge Núñez and A.D.A. Chananie continue the conspiracy today pretending I did not give them post conviction motions before sentencing. Let's see your Grace; I was convicted on June 25, 2012 yet still at liberty, I returned both June 30th and June 31st 2012 with motions to set aside verdict, complaint of poor instruction to the Jury, tampering with the Jury, perjury on the stand. Copies were given and stamped by Judge Núñez' clerk and the clerk at the District Attorneys office on the 11th floor of 1 Hogan Place or 100 Centre Street (same building). So I ask why do they still conspire to lie?

<u>PERSONAL INVOLVEMENT:</u>

THIS ASSAULT BY OFFICER JOSEPH MATTARAZZO WAS PREVIOUS TO THE BEATING AT MANHATTAN DETENTION CENTER; THEY ARE SEPERATE CASES. OFFICER MATTARAZZO THREW ME TO THE GROUND AND WHEN I CAME TO AFTER UNCONSCIOUSNESS HIS FOOT WAS ON MY FACE HOLDING MY HEAD ON THE GROUND. THERE ARE MEDICAL RECORDS AT METROPOLITAN HOSPITOL I WILL NEED SOME HELP IN GETTING AND AN MRI TEST FROM A MEDICAL CENTER ON EAST 78TH STREET.

   I WAS ARRESTED BECAUSE THE (20) YR OLD UNTRAINED OFFICER AT THE TIME ASSAULTED A SEIZURE PATIENT. HE WAS INFORMED BY THE DOCTOR HE SEEN FOR HIS MAKE BELIEVE INJURIES, THAT IN FACT I AM A SEIZURE PATIENT BECAUSE SHE TREATED ME MANY TIMES OVER THE PAST (7-8) YEARS IN THAT SAME EMERGENCY ROOM. I HAD ALSO MADE A COMPLAINT AT (CCRB) CIVIL COMPLAINT REVIEW BOARD AGAINST OFFICER MATTARAZZO. MATTARAZZO BEAT ME UP, STOLE AN #1100 DOLLAR ESQUIRE WATCH, DISCARDED MY HOUSE KEYS, IDENTIFICATION, CREDIT CARD AND #14 DOLLARS CASH. INCIDENTALLY THE ALLEGED WARRANT HE SAID I HAD WAS FOR UNPAID PARKING TICKET.

   SO I ASK "YOUR GRACE" WHY AM I HERE? FOR HAVING A SEIZURE AND THE POLICE OFFICER MISBEHAVED AND HURT ME SO TO COVER HIS STORY HE LIED ABOUT HIS INJURY.

YOU WANNA HEAR A CONSPIRACY? THE (2ND) COMPLAINTANT OFFICER RAMOS CAME FORWARD 1½ YEARS AFTER CLAIMING A BROKEN WRIST WHICH ALLEGEDLY HE AQUIRED IN BELLEVUE HOSPITOL WHILE I WAS HANDCUFFED AND LEG CUFFED TO A GURNEY.

A) NOT TREATED BY A DOCTOR IN BELLEVUE HOSPITOL #1 TRAUMA UNIT IN NYC AND NO MEDICAL REPORT HAS EVER BEEN SEEN FROM THE DATE OF INCIDENT OR EVEN NEAR THE DATE OF INCIDENT. JULY 30, 2010.

Incidentally Chief Preska,

My claims were never directed at the civil servants that are the Defendants; Firstly, I figured they would hide behind Immunity, Secondly, they do not have $2.5 million dollars to pay me. John Chananic makes $75,000 yrly and just had a baby boy. Judges Farber and Miñez make maybe $200,000 yrly. Officer Marmarato makes 45 $50,000 annually and he just got his First Paycheck; what is he 22 yrs old now?

My claim is directly at the City of New York, who are the Employees and most liable for these social deviants; They are merely mentioned for the part they played in the malicious Prosecution, Conspiracy, and Assault. While working for the City of New York.

My claim is for $2.5 million dollars and an additional $300 dollars for every day I am in jail. Because of this mishap I have sustained Kneck and back injuries that are Irrepairable. I cannot run, sit or stand for long periods of times like I used to, I am always in pain and cannot sleep comfortably. I lost my home and everything in it which was my history and irreplaceables. I have lost my safety net as my Dr. Anne Kleinman stated it was the safest place for me to live since I suffer from Epilepsy and everyone in the neighborhood knew me and kept me safe. I lived there for over 20 yrs. Also irreplaceable. It has devastated my life in ways that it will never be the same.

*EXHIBIT A*

Finally, his motion, which is undated but was contained in an envelope stamped with the date February 19, 2013, is denied.  He moves to dismiss the case on double jeopardy grounds in that the prior mistrial was a violation of double jeopardy guarantees and that the People failed to submit medical records for one of the complainants.  Neither are grounds for dismissal.  The prior trial resulted in a mistrial when the jury was unable to agree on a verdict.  Failure to submit a medical report as evidence goes to the weight of the evidence.  The jury considered that and nevertheless found the evidence sufficient to convict the defendant.  In the same undated motion, the defendant requests relocation to another jail facility.  Such a request is beyond the court's power to grant and is denied.

Dated: March 7, 2013

     New York, New York

PATRICIA NUÑEZ

DATE **MAR 2 0 2013**

I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART 92
-------------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK

              -against-

DENNIS WATKINS.
-------------------------------------------------------------------X

Post judgment decision
Ind. Nos. 3991/10
           5135/11

NUÑEZ, J.:

      Following a jury trial on two consolidated indictments, the defendant, who represented

himself pro se,  was convicted on June 15, 2012 of two counts of Assault in the Second Degree,

PL 120.05(3),  one count of Resisting Arrest and two counts of Disorderly Conduct. He was

sentenced to five years concurrent on the assault convictions with five years of post release

supervision and time served on the remaining counts.

      The defendant has now made nine pro se applications, variously described as motions to

vacate the verdict pursuant to CPL 440.10 and CPL 330.30, a motion for an evidentiary hearing,

a habeas corpus petition, a motion to dismiss on double jeopardy grounds and a motion to be

relocated from an upstate correctional facility to a county jail in Manhattan.

      The motion to vacate the verdict pursuant to CPL 330.30 dated February 5, 2013 is

denied as untimely since such a motion must be made before sentence.  The claims contained in

this motion are repeated in other motions and will be addressed nevertheless.

      The post judgment motions pursuant to CPL Article 440, dated November 13, 2012,

December 16, 2012 (which the defendant also labels a habeas corpus petition) , January 13, 2013,

January 15, 2013, January 22, 2013 and an undated reply to the People's response are denied.

There was ample evidence for a jury to conclude that the People had proven the defendant's guilt

beyond a reasonable doubt.  Testimony of witnesses and medical records admitted into evidence

EXHIBIT B


EXHIBIT (B)

established physical injury under the two assault counts and testimony of witnesses established his guilt under the remaining counts.

The defendant claims that an assistant district attorney witness committed perjury and that the police witnesses fabricated their testimony. Those witnesses were thoroughly cross examined and any credibility issues were for the jury to determine. Whether the People proved the requisite mens rea was also an issue for the jury to determine.

Additionally, the defendant claims that the trial assistant made derogatory statements within earshot of the jury in the hallway that served to taint the jury. The defendant's claim is erroneous and baseless. EXHIBIT (C)

The defendant alleges that the court failed to properly instruct the jury on physical injury and failed to submit a lesser included offense. The jury was properly instructed on the elements of the assault charges including the element of physical injury. With respect to a lesser included EXHIBIT (D) offense, the defendant fails to set forth any facts or argument whatsoever to support his claim.

Another erroneous claim made by the defendant is that the court refused to admit into evidence the defendant's own medical records. The court in fact admitted all medical records EXHIBIT (E) produced by the defendant even though they were uncertified and did not pertain to the date in question. The records were hospital records spanning several years of the defendant's visits for emergency treatment and did corroborate his medical condition and were available to the jury to examine. That the jury chose not to request them for their perusal during deliberations was their own choice and not the result of any misconduct by any party or court. (F) EXHIBIT

A claim of ineffective assistance of counsel is also made by the defendant who argues that he was incompetent to defend himself and the court should have ordered an examination pursuant to CPL 730 before allowing him to proceed pro se. The record shows that the defendant

*EXHIBITS G, H, AND I*

had numerous attorneys assigned to represent him, all of whom he accused of threatening, abusive and incompetent behavior and who he claimed were not acting in his best interests. They were relieved, in progression, from representing him and the defendant upon his own application was permitted to proceed pro se. Even an attorney appointed to act as his legal advisor at trial was accused of the same actions and asked to be relieved of the assignment. The defendant was adamant in insisting upon his right to self representation and post trial regrets do not entitle him to a vacatur of the verdict.

Nor was there reason to order a 730 examination. The defendant, who could at times be irascible, irritating and irrational (in his accusations against attorneys, police, prosecutors and judges), nevertheless did not display any behavior or tendencies warranting a mental competency examination. On the contrary, he presented his defense clearly to the jury: that he was in the throes of an epilepsy episode which was misunderstood and misperceived by the police officers and which prevented him from forming the requisite mens rea. To that end, he cross examined witnesses and submitted his medical records. Based upon all the evidence in the case, the jury rejected his defense and found him guilty as was their prerogative. *EXHIBIT G*

The defendant asserts that the court erred in not granting his request for delay in order to procure the attendance of witnesses. There was no reason to believe that said witnesses would be available or had relevant testimony. He also asserts that the Sandoval ruling was unfair and improper. That was a matter for the court's discretion and was properly adjudicated. *EXHIBIT I*

*EXHIBIT H*

The remainder of the defendant's claims underlying his motions to vacate the verdict are baseless and/or irrelevant.

The defendant's motion dated February 10, 2013 for an evidentiary hearing fails to allege any facts nor any basis in law to support his request and is denied.

[REDACTED]

# [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

# [REDACTED]

[REDACTED]

[REDACTED]

# [REDACTED]

Received:

Fax:7188769378     May  8 2012 02:09pm
May  8 2012 02:12pm  P009/011

**STATEMENT OF ILLNESS / INJURY**
**LINE OF DUTY**
PD 429-145 (8-89)-95

DATE: 07 30 10

From: PO Matarazzo, JOSEPH
Rank / Name    (print)

In.D
Command                     Soc. Sec. No.          Tax Registry No.    99 8243

To:      Commanding Officer, Health Services Division

Subject:   CIRCUMSTANCES SURROUNDING LINE OF DUTY ILLNESS / INJURY

DATE OF OCC. 07 / 29 / 10  Were you on duty at time disability incurred? ☒ YES    ☐ NO

LINE OF DUTY CONTROL NO. _____  EXPOSURE NO. _____

Describe police action or duties performing when disability incurred:
(print details) During an arrest the Deft Resisted arrest and tried to Fight me and my Partner. After cuffed Deft layed on the Floor and began to kick me in my Right knee multiple time causin cuts and Bruises, and Bleeding.

Describe nature and extent of present illness / injury:
(print details) My Right knee Feels Lights and POPS once in a while. My lower Back is in alot of Pain.

DATE REPORTED SICK (if applicable) 07 30 10

PO
RANK / SIGNATURE

NOTE: Preparation of this report is only necessary once for the above illness / injury.

Received:
Fax:7188768378    May  8 2012 02:09pm    May  8 2012 02:12pm  P008/011

## POLICE DEPARTMENT
## CITY OF NEW YORK

August 3, 20 10

From:       Clinic Supervisor, Staten Island Healthcare Facility

To:         Commanding Officer, _____ TB _____

SUBJECT:    ATTENDANCE AT COURT OR DEPARTMENT HEARING WHILE OUT SICK

1.          Please be advised that in the opinion of the undersigned,

Matarazzo, Joseph.    Tax# 948243.

_____ ✔ _____ CAN (with escort transportation / without escort transportation) circle one

_____ CAN NOT/SHOULD NOT

Be required to make a court appearance or department hearing on the date(s) in question.

** Dr. Flynn approval
in MOS charts. vg

P.O. V. Marcia RN for
Dr. Flynn _____, MD
Medical District # #22

Ana Pascucci _____
Clinic Supervisor

Received:                    May  8 2012 02:09pm
                    Fax:7188768378      May  8 2012 02:12pm P006/011

**SICK REPORT-CONTINUATION**
PD 429-124 (8-89)-91

| | |
|---|---|
| PAGE # | REPORTED SICK |
| | DATE    /    /    HOUR |
| MEDICAL DIST. | SERIAL # |

| RANK | SURNAME | FIRST | M.I. |
|---|---|---|---|
| | MATTAZZO, JISON | | |

| TELEPHONE NO. | TAX REGISTRY NO. | SOCIAL SECURITY NO. | COMMAND | TEMP. ASSIGNMENT |
|---|---|---|---|---|

ILLNESS/INJURY

| DATE | TIME | NOTIFICATIONS / ADDITIONAL OFFICE VISITS (indicate location if other than surgeon's office) |
|---|---|---|
| 8  4-10 | 740 | Knee no longer painful. (R)Knee "pops" but less than previously. No joint deffuseone. NO soft tissue swelly. Full leg |

Received:                          May  8 2012 02:09pm
                    Fax:7186768378   May  8 2012 02:12pm  P005/011

          POLICE DEPARTMENT          
                                CITY OF NEW YORK

                                                    Date   8/19/2010

From:    Commanding Officer, Medical Division

To:      Commanding Officer, _____

Subject:   CHANGE OF DUTY STATUS

    1.    The member of the service listed below has been found MEDICALLY CAPABLE
    of the following status:

    [X] Full Duty        [ ] Restricted Duty     [ ] Article II Application

    [ ] Pregnancy        [ ] Limited Capacity    [ ] Employee Relations Section

                                                 [ ] ERS Advanced Time

Rank POM   Name  MATARAZZO   JOSEPH          Tax# 948243

Command   TRANSIT BUREAU                Effective Date  8/19/2010

Restrictions   Full Duty

Member will return to Surgeon's Office for re-evaluation on: _____

Member will be capable of performing FULL DUTY on  8/19/2010

    2.    MOS is in possession of firearms: [X] YES    [ ] NO

    3.    For your INFORMATION.

                    929277   SRG   HORNYAK
                    POLICE SURGEON OR DESIGNEE TAX / NAME

                    _____
                              SIGNATURE

With All Due Respect Chief Preska,

Due to this injustice and corruption within the corporation called
this United States of America I no longer wish to be a part of.
I am requesting the proper documents so I may attain my
Sovereignty. I will go with ELOHIM, like in "The Book of Enoch"
never to be seen again. I understand that this is a big decision
and will have to give up alot that I know; I know that this
is my path and the only way I will find fairness and
equality.

I wish that I no longer reside in a place where the
criminal element have infiltrated into our justice system.
I wish for peace and tranquility in my life and have no
need for this hellish place beneath the Earth.

Again I ask your grace for the proper documents
so that these vampires no longer make profit from my
sorrow. I thank you for all of your patience.

"May there always be Sunlight in your travels"

Sincerely

Dennis Watkins

I have been
up, down, and
around