Docket and File.

cc: 5 copies

May 23, 2014

UNITED STATES DISTRICT COURT
(SOUTHERN DISTRICT)

DOCKET # 13 CIV 2477 (LGS)(FM)

DENNIS WATKINS
(PLAINTIFF)

AMENDED COMPLAINT

-against-

POLICE OFFICER Joseph Mattarazzo
(DEFENDANT)

under the Civil Rights Act,
42 U.S.C. § 1983

"I Dennis Watkins, being duly sworn depose the following:

On July 29, 2010 at approximately 10:30pm I Dennis Watkins was walking down Lexington Avenue in Manhattan when suddenly I felt an aura of a seizure coming on. In my plight, I entered the 103 st. Train Station in hopes that someone or even a police officer would help me.

When I was asking for help I was approached by Police Officer Mattarazzo and Police Officer Castillo, who misunderstood my confusion as a tactic or ploy to get on the train. I said to Officer Mattarazzo "I don't want any problems I just need your help, I feel like I'm gonna have a seizure."

Officer Mattarazzo said "Stand and face the wall and put your hands up on the wall." I was feeling dizzy and falling into a more confused state; I was feeling paranoid and fearful of danger.

I was backing away with my hands up when Officer Mattarazzo pulled out his gun and said "Get against the fucking wall"; Officer Castillo told Mattarazzo "What are you doing"? When I got against the wall he put his gun back in his holster. Officer Mattarazzo grabbed me and shoved me even closer to the wall and began searching me and removing my property.

After they took my belongings I told Mattarazzo "I have to sit down before I fall down." Officer Mattarazzo said "Shut your fucking mouth and stand there." I was becoming more dizzy so I could not continue standing, so I knelt down to keep from falling.

Officer Mattarazzo came to me and said "Stand the fuck up before I punch you up"; I said "I can't, I am dizzy, I am dizzy and I feel nauseous." Officer Castillo said "Stand up, you have to stand up." Officer Castillo helped me to my feet and I was then handcuffed.

I told Officer Mattarazzo "I can't stay standing" and I started to kneel down again. That's when Officer Mattarazzo grabbed me and held me against the wall and started kicking me with his knee in my back or kneeing me in the back and punching me in my back and more kneeing until I fell down on the floor. I was traumatized and afraid for my life. While I was on the floor Officer Mattarazzo kicked me in my stomach.

That's when Officer Castillo came over and told him to stop, but she was smiling as if it were funny. Officer Castillo said "What are you crazy, we could get in trouble for this" but she was still laughing.

After that beating and the seizure aura I fell unconscious and when I woke up Officer Mattarazzo had his foot on the side of my face holding, or pinning my head to the floor with his shoe. I was still traumatized and out of it, still dizzy and confused, and the ambulance and paramedics came to take me to the hospital.

That's when Officer Mattarazzo said that he hurt his knee; and likely so as he kneed me multiple times in my back; he had police shorts on; I can remember noticing that when I fell down.

Officer Mattarazzo assaulted me and faked injuries to cover him getting into trouble. Officer Castillo told him they could get in trouble for that so he lied and pretended he got injured. Officer Castillo thought the event was comical; she was actually laughing at what was happening to me.

I was in pain and I was sore but I did not know how serious my injuries were until the pain would not go away. I was stationed in my house for a few days because it hurt too much to take long walks, or to even walk down a flight of steps. I could not, and still to this day cannot sleep comfortably through the night due to pain.

After a few days after the incident I went to Metropolitan Hospital to find that I had suffered both knock and back injuries. The doctor from Metropolitan Hospital sent me to Lenox Hill MRI Center on east 78th street in Manhattan which also confirmed hairline fractures to vertibrates in my knock, and swelling was found in my back. I was given Codeine 5's, a (Narcotic) for pain medication and advised to go to therapy. At that time I had no medical coverage so I could not afford therapy.

Today, almost (4 years) later the pain still persists, where even now in the facility I am in they have me on Roboxin and muscle relaxers only because they do not allow Narcotic Medications in the facility, Not because I don't need something stronger; they also do not offer therapy in these facilities so I suffer.

For my irrepairable injuries my claim is for $5.2 Million dollars. I had made a complaint in August of 2010 at (CCRB) Civilian Complaint Review Board, it was made within a week from the incident. There was a female Officer as an investigator; I believe it was either Sonia or Sandra Rodriguez who was doing the investigation. Not only was the complaint for injuries; Also I lost or they stole an $100 Esquire Watch, Credit Card, and $14 dollars, and some of my identification and my cell phone.

When I asked Mrs. Rodriguez from (CCRB) to come to court to testify she disappeared. How about that? Cops Huh, and that "Blue Wall of Silence", it really does exist. For this $5.2 Million Dollars is a bargain for what that officer did to me, and he got away with it.

by, Dennis Watkins

May 23, 2014

The Amended Complaint of May 23, 2014 is an exact recollection of the events that occurred on July 29, 2010. There are medical records and Civil complaints made within proximity of this date in 2010 that will support the statements in the amended complaint. All statements are true and correct to the best of my knowledge. being duly sworn as previously stated. Remember; I am not challenging the conviction.                     by Dennis Watkins

Notary: Robert T. Abrams  5/26/14          Signature: DW

ROBERT T. ABRAMS
Notary Public, State of New York
Qual. In Chemung Co. No. 01AB6114504
Commission Expires August 16, 20_16_

May 23, 2014

Dear Judge Lorna G Schofield,

<u>Please</u> remember Rule 5.2 Privacy Protection where it states:
The redaction requirements do not apply to the following:

5.2.(b)[3] The Official record of a State Court Proceeding

5.2.(b)[4] The Record of a Court or Tribunal, that record was not subject to the redaction requirement when it was filed; In fact Officer Mattorazzos medical record was Subpoenad by Judge Patricia Nuñez of the Supreme Court, and it was used as Exhibit (A) in two Trials and added into evidence at these trials. Today it is part of the public record; it is limited only to the date in question in regard to medical records; Therefore, it cannot be redacted.

Again Many Thanks

"With The Highest Esteem and Respect"

Robert [signature] 5/28/14

ROBERT T. ABRAMS
Notary Public, State of New York
Qual. In Chemung Co. No. 01AB6114504
Commission Expires August 16, 20__

Sincerely,

Dennis Watkins

EXHIBIT (B) 1



**Metropolitan Hospital Center**
Correspondence Unit
1901 FIRST AVENUE, ROOM 1D32, NEW YORK, NY 10029
Telephone: 212-423-6488 ~ Fax: 212-423-8648

Date: 8/6/10

## DELEGATION OF AUTHORITY

I, Meryl Weinberg, BSN, MA, Executive Director of Metropolitan Hospital Center, certify that Ms. Media Oliver of Health Information Management, whose signature appears below, is a responsible employee of this institution. I hereby authorize her to certify medical records of this Institution as the full and complete record of the condition, act, transaction, occurrence or event, which have been made in the regular course of business of this institution to make such records at this time of the condition, act, transaction occurrence or event, or within a reasonable time thereafter.

Meryl Weinberg, BSN, MA
Executive Director

Media Oliver, RHIA
Director
Health Information Management

6 Aug 10  1053

Page  1 of  1

Metropolitan Hospital Center
1901 First Avenue, New York, NY  10029
Radiology Department

Patient: Matarazzo,Joseph    MRN-V#: ▓▓▓▓    DOB: ▓▓▓▓  Age: 23Y  Sex: M

Location: 000 Adult Emergency

Order Author: Jim Oti Omatseye, MD    Attending: Mona Singh, MD

DOS: 30 Jul 10  0749    Accession #: 14971590
  Right Knee DX AP & Lateral

INDICATIONS
pain

RIGHT KNEE

History: Pain.

AP, lateral and skyline patellar views examination was performed.

There is no evidence of fracture or dislocation noted. The visualized bony structures demonstrate no significant abnormality. There is no effusion noted.
Impression:
No significant bony abnormality.
MRI is recommended if clinically indicated.

Read By: Aida Awad, MD

This report is reviewed, interpreted and electronically signed by Aida Awad, MD on 30 Jul 10.

Fri, 6 Aug 10   1116                                                    Page 1 of 6

Chart Review Print

Metropolitan Hospital Center

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-E8 | Matarazzo, Joseph | ▬▬▬ | ▬▬▬ | 23Y | M |

Attending Physician
Singh, Mona, MD

---

ED Adult RN Initial Note
Event Time: Fri, 30 Jul 10   0003                         Status: complete

Fri, 30 Jul 10   0006   Documented by Ariel Abella, RN

```
Triage Time            : Thu, 29 Jul 2010    2343
Arrived by             : EMS
Accompanied by         : friend
Informant              : Relationship: patient
Language Spoken        : English
Chief Complaint        : Hurt on the Job  RT KNEE PAIN & LOWER BACK PAIN.
Vital Signs            : SBP:: 142   mmHg DBP:: 78   mmHg P: 88   bpm R: 16 T:
                         98.0 F (36.7 C) Temp Route: oral O2 Saturation:
                         99 %
Pain                   : yes
How Long Had Pain      : x today
Pain Detail            : Loc: Rt knee and lower back Pattrn: intermittent
                         Qualty: aching Incrs Pn: movement Effect:
                         interferes w/ physical activity Intensty: 5
                         Accptbl Lvl: 5
Provider Notified      : Mona Singh, MD
Pain Treatment         : not being treated for pain
Immunization Status    : NA
Last Tetanus Shot      : Unknown
Allergies - Med        : No Known Allergies
Allergies - Other      : No Known Allergens
Pertinent Med Hx       : No significant history
Medications            : none
Meds Reconciliation    : no home medications
TB/Pneumonia           :
Domestic Violence      :
High Fall Risk         : None
PsychoSocial High Rsk  :
PsychoSocial Mod Risk  :
Adv Directive          :
Skin                   :
```

```
Fri, 6 Aug 10   1116                                          Page   2 of 6
                           Chart Review Print
                        Metropolitan Hospital Center

Location          Patient Name            Patient Number  Visit Number  Age   Sex
DIS-E8            Matarazzo,Joseph                                      23Y   M

                                          Attending Physician
                                          Singh,Mona, MD
------------------------------------------------------------------------------


  ED Adult RN Initial Note -- cont'd
  Sexual/Physical Abuse Hx?       : no
  Crisis Prevention Plan          : Patient have signs of crisis: not
                                    applicable
  Restraint/Seclusion?            : no
  Existing Med Cond/Disability?   : no
  Restraint Risk?                 : no
  Notify Fam/SO of Restraints?    : no
------------------------------------------------------------------------------

  Problem List:
  Diagnosis   :
  Working Diag:

  Resulted by      : Abella,Ariel, RN   (ESOF)
  Ordering MD      : (ESOF)
```

47

Fri, 6 Aug 10  1116                                                    Page  3 of 6

## Chart Review Print

### Metropolitan Hospital Center

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-E8 | Matarazzo,Joseph |  |  | 23Y | M |

Attending Physician
Singh,Mona, MD

---

ED MD Initial Note
Event Time: Fri, 30 Jul 10  0042                          Status: complete

Tue, 03 Aug 10  1201    Documented by Mona Singh, MD

```
T                  : 98.0 F (36.7 C)
P                  : 88 bpm
BP                 : 142/78
R                  : 16
Pain               : yes
Pt Walked Out?     : no
Time Pt Seen       : 30Jul2010 0032
Visit Provider     : Jim Oti Omatseye Jr, MD
Attending          : Mona Singh, MD
Communication      : Direct Communication in Patients's Primary Requested
                     Language
Chief Complaints   : Hurt on the Job  RT KNEE PAIN & LOWER BACK PAIN.
TB/Pneumonia       : Fever: no Cough: no Night Sweats: no Weight Loss: no
                     Shortness of Breath: no
Assessment         : rt knee pain and back pain
Plan               : motrin, robaxin
Diagnosis          : Lumbago
E&M Level          : non critical visit
Non-Critical Vst   : 99283 expanded problem focused hx, exam and mod complex MDM
Attend'g Addendum  : Case seen under direct supervision.
DAWN?              : no
Comment            : See paper chart
```
---

Diagnosis      : 724.2     Lumbago
Principal Pr:  724.2       Lumbago

PHM/PSHx/Fam:
Diagnosis   :
Working Diag:

Resulted by              : Singh,Mona, MD (ESOF)

Fri, 6 Aug 10   1116

Page 4 of 6

## Chart Review Print

### Metropolitan Hospital Center

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-E8 | Matarazzo, Joseph | | | 23Y | M |

Attending Physician
Singh, Mona, MD

---

Ordering MD            : (ESOF)


ED RN Disposition Assessment
Event Time: Fri, 30 Jul 10   0201
                                                            Status: complete

Fri, 30 Jul 10   0204    Documented by Michelle Lopez, RN

Discharge Disposition: treated & released
Home Care Discharge  : not applicable
Diagnosis            : Lumbago
Vital Signs          : SBP:: 102  mmHg DBP:: 66   mmHg P: 78  bpm R: 16 T:
                       98.3 F (36.8 C) Temp Route: oral O2
                       Saturation: 100 %
Barriers to Learning : none
Patient Education    : Who:patient Verbalizes adequate understanding
                       regarding Demonstrates adequate understanding related
                       to patient rights and responsibilities to care
                       education provided about medication (s) dose packaging
                       system
Educational Materials: Lifestyle/Tobacco/Alcohol
DC Plan              : reinforced md instructions ,aaox3 stable
Valuables/Clothing   : no property/valuables with patient
Clinic Referral      : Orthopedics - 510
Comment              : stable
Medication Order(s)     : Motrin (Ibuprofen); Robaxin (Methocarbamol)
Medication Effect(s)    : no adverse effects for all new medications

---

Diagnosis   :
Working Diag: 724.2      Lumbago

ED Chest Pai:
-resue-     :

Resulted by         : Lopez,Michelle, RN   (ESOF)

Fri, 6 Aug 10   1116                                                Page   5 of 6

                              Chart Review Print

                            Metropolitan Hospital Center

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-E8 | Matarazzo,Joseph | ▇▇▇▇ | ▇▇▇▇ | 23Y | M |

                                       Attending Physician
                                       Singh,Mona, MD

---

Ordering MD            :  (ESOF)


ED MD Disposition Note
Event Time: Fri, 30 Jul 10   0301                    Status: complete

Fri, 30 Jul 10   0302   Documented by Jim Oti Omatseye Jr, MD

T                       : 98.3 F (36.8 C)
P                       : 78 bpm
BP                      : 142/78
R                       : 16
Pain                    : 5
Visit Provider          : Jim Oti Omatseye Jr, MD
Attending               : Mona Singh, MD
Disposition             : treated & released
Communication           : Direct Communication in Patients's Primary Requested
                          Language
Final Primary Dx        : Lumbago
Clinic Referral         : Orthopedics - 510
Return to Clinic        : 2 days
Note                    : s/p fall, pain to rt knee
                          xray neg. ortho clinic
E&M Level               :
HIV Info                : Pt Notified: not applicable
Procedures Done?        : No ED Procedures Performed
Med Reconciliation      : y

---

Secondary Dx(s)    :
Final Primary D: 724.2      Lumbago
Problem List:
Diagnosis    :
Working Diag: 724.2         Lumbago

EXHIBIT B

Chart Review Print

Metropolitan Hospital Center

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-E8 | Matarazzo, Joseph | [redacted] | [redacted] | 23Y | M |

Attending Physician
Singh, Mona, MD

---

Resulted by   : Omatseye, Jim Oti, Jr, MD (ESOF)
Ordering MD   : (ESOF)


* * * End of Report * * *

53

